UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2021 JAN 26 P 4: 10

CLERK OF COURT

21-CR-028

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No.
[18 U.S.C. §§ 231(a)(3), 922(g)(1), & 924(a)(2)]

ASHTON L. HOWARD,

Defendant.

## INDICTMENT

### COUNT ONE
(Civil Disorder)

**THE GRAND JURY CHARGES THAT:**

On or about August 23, 2020, in the State and Eastern District of Wisconsin,

**ASHTON L. HOWARD**

knowingly committed an act to obstruct, impede, and interfere with any law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructed, delayed, and adversely affected commerce, the movement of any article and commodity in commerce, and the conduct and performance of any federally protected function.

In violation of Title 18, United States Code, Section 231(a)(3).

## COUNT TWO
(Felon in Possession of Ammunition)

**THE GRAND JURY FURTHER CHARGES THAT:**

1.  On or about January 4, 2021, in the State and Eastern District of Wisconsin,

**ASHTON L. HOWARD,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.  The ammunition is more fully described as .45 caliber Winchester ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, Ashton L. Howard, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to: box with 39 rounds of .45 caliber Winchester ammunition seized on January 4, 2021.

A TRUE BILL:

███████████████

FOREPERSON

Date: Jan 26, 2021

_Margaret B. Huth_
for MATTHEW D. KRUEGER
United States Attorney

3