UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                Case No. 21-cr-28

ASHTON HOWARD,

    *Defendant*.

## THIRD UNOPPOSED MOTION TO ENLARGE TIME
## TO FILE PRETRIAL MOTIONS

Ashton Howard moves this Court to enlarge by four days, or until April 9, 2021, the due date for pretrial motions in this case. As grounds for this motion, undersigned counsel incorporates the substance of his two previous motions for additional time to file pretrial motions, R. 19, 23, and he further states the following:

1.     Counsel seeks the balance of this week to complete any pretrial motions on Howard's behalf. Counsel's time of late has been consumed largely with drafting objections in the case of *United States v. Antonio Holt*, 20-cr-89, filed on this day, and on Sunday, April 4, he drafted and filed a brief in opposition to the government's motion to stay a release order in *United States v. Reginald Evans*, 19-cr-165. Further, Federal Defender Craig Albee, who is co-counsel on this case, spent much of his time last week preparing for oral arguments on Friday, April 2, in *United States v. Marjory Dingwall*, 20-1394.

2.     Judge Pepper granted Howard's Motion to Adjourn Final Pretrial Conference and Jury Trial, R. 21 on March 8, R. 22. Judge Pepper did not set additional

*Federal Defender Services*
*of Wisconsin, Inc.*

dates at that time electing instead to track the case for the filing of any pretrial motions. Howard does intend to file pretrial motions.

3. The government provided additional discovery to Howard on March 26, 2021, which is material provided from a subpoena.

4. Counsel has remained in contact with Ashton Howard who continues to reside in Kenosha working full time and compliant with bond conditions.

5. Finally, undersigned counsel spoke with Assistant United States Attorney Benjamin Proctor and explained the reasons for the request. Mr. Proctor stated that the government does not oppose this request.

For these reasons, Ashton Howard respectfully asks this Court to enlarge the time to file motions by four days, or until April 9, 2021. Counsel understands that any additional time the Court grants Howard should be met with an equivalent period of time for the government to respond to any motions.

Dated at Milwaukee, Wisconsin, this 5th day of April, 2021.

Respectfully submitted,

*/s/ John W. Campion*
John W. Campion, WI Bar #1002697
Federal Defender Services
   of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: john_campion@fd.org

*Counsel for Defendant, Ashton Howard*