UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASHTON L. HOWARD,

    Defendant.

Case No. **21-CR-028**
[18 U.S.C. §§ 231(a)(3), 922(g)(1), & 924(a)(2)]

## SUPERSEDING INDICTMENT

### COUNT ONE
(Obstructing Law Enforcement During a Civil Disorder)

**THE GRAND JURY CHARGES THAT:**

1. At all times relevant, Ashton L. HOWARD ("HOWARD") was a resident of Kenosha, Wisconsin.

2. On or about August 23, 2020, Jacob Blake was shot by a Kenosha Police Officer in Kenosha, Wisconsin. Protests and riots followed in Kenosha, Wisconsin.

3. On or about August 23, 2020, after Blake was shot, a crowd gathered near the location of the shooting in Kenosha, Wisconsin. HOWARD was among those people gathering in that area.

    a. During this time, some members of the crowd damaged a Kenosha Police Department squad car and threw objects at and near law enforcement officers.

b. During this time, Officer A, a member of the Kenosha Police Department, was working with other officers to secure and move a damaged squad car.

c. During this time, HOWARD threw an object at Officer A. The object hit Officer A in the head, and Officer A collapsed to the ground. Several other law enforcement officers rushed to assist and protect Officer A. Officer A was then transported away from the scene for medical care.

4. On or about August 23, 2020, in the State and Eastern District of Wisconsin,

**ASHTON L. HOWARD**

knowingly committed an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce, the movement of any article and commodity in commerce, and the conduct and performance of any federally protected function.

All in violation of Title 18, United States Code, Section 231(a)(3).

## COUNT TWO
(Felon in Possession of Ammunition)

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about January 4, 2021, in the State and Eastern District of Wisconsin,

**ASHTON L. HOWARD,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The ammunition is more fully described as .45 caliber Winchester ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE NOTICE**

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count Two of this Indictment, the defendant, Ashton L. Howard, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to: a box containing 39 rounds of .45 caliber Winchester ammunition seized on January 4, 2021.

A TRUE BILL:

FOREPERSON

Date: June 8, 2021

*for*
RICHARD G. FROHLING
Acting United States Attorney