# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) |
|---|---|
| v. | ) Case No: 0757 2:21CR00028 - 1 |
| Ashton L. Howard | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ashton L. Howard
, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Pretrial Release Violation Petition

☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violations of the conditions of pretrial 18 U.S.C. § 3148.

Date: July 12, 2021

s/ Linda M. Zik
*Issuing officer*

City and State: Milwaukee, Wisconsin

Gina M. Colletti, Clerk, U.S. District Court
By: Linda M. Zik, Deputy Clerk
*Printed Name and title*

### Return

This warrant was received on *(date)* 7/12/21, and the person was arrested on *(date)* 7/22/21
at *(city and state)* Milwaukee, WI

Date: 7/22/21

*Arresting officer's signature*

Kevin Smith DUSM
*Printed Name and title*