# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

*In-person hearing*

HON. **William E. Duffin**, presiding                    Deputy Clerk:   Mary Murawski

DATE:  **July 23, 2021 at 1:30 p.m.**                    Liberty

CASE NO.    **21-cr-28**                                 Time Called: 1:29

UNITED STATES V.  **Ashton L. Howard**                   Time Concluded: 1:53

PROCEEDING:  **Bond Review Hearing**

UNITED STATES BY:       **Benjamin Proctor**
PROBATION OFFICER:      **Joseph Werner**
DEFENDANT:              **Ashton L. Howard**, on bond and by
ATTORNEY:               **John Campion**

_____

COURT reviews the Petition from Pretrial and the alleged violations.

GOVT:

- Recommend detention.
- Was charged with violent attack on police officer.
- Back on January 11, evidence supporting those charges and exhibits came from cell phones, showing pictures of firearms and brick thrown at officer.
- Gave him strict conditions.  Failed to comply and gave him every opportunity to comply.
- He was also admonished by Judge Joseph when he appeared for a hearing.
- Defendant was given multiple warnings to comply with the court's conditions. Do not believe he will abide by the conditions imposed by the court.
- In a hospital until 7/17 and was released from the hospital

DEFENSE:

- Could have been 7/18 when defendant was released from the hospital.

- Defendant is not a complete failure. He has continued to work, lost some jobs, there has been no use of drugs.
- Defendant moved up here to get away from family problems.
- Appeared good fit living with his girlfriend, but that did not work out.
- Ms. Cravatta has worked overtime to make her client successful. She had to check on job prospects and that killed the job prospects.
- Defendant had feelings of hopelessness; he suffers from mental health problems.
- Last week he called the hotline and they told him to get to a hospital. He then was picked up and taken to St. Luke's Behavioral unit.
- He complied with medications and felt good enough to leave.
- Defendant does have good structure/support. No one to look over his shoulder and help him to follow through on things.
- Continue with medication and follow up on appointment in Kenosha would be part of his structure. Had an appointment this a.m.
- He did go to his misdemeanor case in Kenosha.
- Has a friend that lives with her 2 children and mother who has been trying to help him out.
- She is an option for him to stay at her residence.
- Home detention.
- Or released to a hospital.
- Follow up and have another hearing Tuesday or Wednesday if court is inclined to do that.

PRETRIAL SERVICES OFFICER:

- Ms. Cravatta's position was that he be detained.

COURT has no confidence that defendant will comply with conditions and orders him detained.