# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

October 15, 2021

Honorable Pamela Pepper
US. District Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re:   *United States v. Ashton Howard*
      Case No. 21-CR-28

Dear Judge Pepper:

This letter is to serve as the joint status report to the Court due today, October 15, 2021. I have met with Mr. Howard during that time, and Assistant United States Attorney Ben Proctor and I spoke about Mr. Howard's case this week regarding this status report. Mr. Howard continues to ask for additional time in order to meet with counsel and to work to understand his options. He remains detained at the Kenosha County Detention Center where he is working as a trustee.

For reasons including those set forth above, the parties jointly ask the Court to order one more status report to the Court in 30 days. At that time the parties believe they will be in a position to advise the Court on next steps in this case.

Additionally, the parties agree and request that for the reasons described herein, under 18 U.S.C. § 3161(h)(7)(A), the Court should find excludable delay the time from September 26, 2021, until the date that the Court orders the parties to file another joint status report as the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.

Honorable Pamela Pepper
October 15, 2021
Page 2


Sincerely,


s/ John W. Campion
John W. Campion