

January 14, 2022

Chief Judge Pamela Pepper
United States Federal Building
517 E. Wisconsin Avenue, Room 222
Milwaukee, WI 53202

Re: Status Report for Ashton L. Howard (21 CR 28)

Dear Judge Pepper:

Reluctantly, I am requesting another status date to determine how to proceed in Mr. Howard's case. I have only been able to speak to him via phone and have not been able to visit him yet at the Kenosha County Detention Center, where he is in custody.

The reason for this delay is because, during the holidays, I was preparing for a high-profile self-defense homicide case, *State of Wisconsin v. Theodore M. Edgecomb*, before Judge Borowski in Milwaukee County Circuit Court. I did not have much of a holiday break, as I was preparing diligently for the trial, which was set to begin on January 3, 2022. The trial was postponed two weeks due to COVID-19 concerns and is now set to begin on January 18, 2022. Due to my focus on this case, which will be covered by Court TV, and the rest of my caseload, I have not had sufficient time to determine how to proceed. However, I have been able to glean from him that he is interested in resolution.

I would ask for additional time (45 days) to determine the direction of this case, and I can advise the Court that, following consultation with AUSA Proctor, the Government does not have any objection to this request. Accordingly, I would also ask that the Speedy Trial Act be tolled until the next deadline.

Thank you.

Aneeq Ahmad
Attorney for Ashton L. Howard

**AHMAD & ASSOCIATES**
ATTORNEYS AT LAW

414.501.5999
414.301.7248

ahmad.aneeq@gmail.com
mindymnolan@gmail.com
edgar.lin.law@gmail.com

111 East Wisconsin Avenue
Suite 1710, Chase Tower
Milwaukee, WI 53202