UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 21-CR-28

ASHTON HOWARD,

    Defendant.

## JOINT STATUS REPORT

    The United States of America, by and through its attorneys, Richard Frohling, United States Attorney, and Benjamin Proctor, Assistant United States Attorney, and Ashton Howard, by and through his attorney, Aneeq Ahmad, hereby submit a joint status report as ordered by the Court in its Text Only Order of July 25, 2022. Doc. #69.

    The defense asks for an additional two weeks to file another status report or a plea agreement. Counsel for the defendant reports that the defendant has not yet made a decision regarding the government's proposed plea offer, and that counsel is still researching the applicable sentencing guidelines.

    Under these circumstances, the government does not object to this request. Further, based on conversations earlier today (August 5, 2022) between the parties, the parties anticipate they have a plea agreement ready to file within the next two weeks.

The parties further request that the time until the next status report/plea deadline be excluded from the Speedy Trial calculation under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

The undersigned Assistant U.S. Attorney is filing this joint status report on behalf of both parties with approval from defendant's attorney, Aneeq Ahmad.

Dated at Milwaukee, Wisconsin, this 5th day of August, 2022.

Respectfully submitted,

RICHARD FROHLING
United States Attorney

By:   s/Benjamin Proctor

BENJAMIN W. PROCTOR
Assistant United States Attorney
Benjamin Proctor Bar No.: 1051904
Office of the United States Attorney
Eastern District of Wisconsin
517 E. Wisconsin Ave. Suite 530
Milwaukee, Wisconsin 53202
Tel: (414) 297-1700
Fax: (414) 297-1738
Email: benjamin.proctor@usdoj.gov