## ACCEPTANCE OF RESPONSIBILITY:

**Describe your involvement in instant offense:**

I was in the Kenosha riots and threw a brick at an officer. Brick were being thrown all around me, so I picked one up after being hit with it. I made me angry and fustrated threw some bricks one hit an officer

U.S. District Court
Wisconsin Eastern
JAN - 6 2023
FILED
Clerk of Court

**Why did you commit the offense? How did you become involved in the offense?**

While in the riots in the city of Kenosha, bricks were being thrown and I was hit with one. Because I was angry at being hit with a brick I took out my aggression on an officer and threw one at him

**Who were the co-actors (if any)? How did you know them? What is your current relationship with them?**

I was with a big group of people who lived in the city of Kenosha, I guess aquaintances. I do not associate with any of them.

**What impact have your choices or behavior in this offense already had on yourself and others (to include family and any possible victims)?**

I am missing my boy a lot. I can't hold him, build snowmen with him. He can not spend Christmas with his Dad. My girl can not spend Christmas with me as a family. My mom can not hug me for Christmas or New Years. I could have kept the officer from his family because of my poor decision to throw that brick.

1

**What impacts will occur or will continue to occur in the future for yourself and others (to include victims) because of your choices and behavior in this offense? If you are sentenced to a term of prison, who will be impacted the most?** I will be on my record. Potential employers will see what I have done. My boy will hear about what I have done. The officer, if he ever sees me again, will have a negitive opinion of me. If I am sentenced to prison my son will be hurt the most. But in all I will be impacted the most. I wont be able to be with my family, provide for my family, learn with my family.

**How do you feel about this offense and what have you learned from this experience?** I feel ~~regret~~ remorseful for my actions so I feel that this offense is a turning point in my life. I will learn to not involve myself with thing/action that will affect my family or others in a negitive way

**What are some alternative actions you could have taken to avoid your involvement in the instant offense?** Could have looked for who threw the brick at me. I could have realized that being at the riots was a stupid and dangerous decision and turned to leave the area. I could have tried to convince the people around me that it is a bad idea to ~~be~~ involved in these riots.

**What will you do to ensure this will not occur again?** I will not involve myself in destructive behavior. I will think of my family and what/~~they~~ who they would lose if I continue to stay on this path. Maybe looked for help with my temper. Change my 'friend' base so the influence for this kind of behavior stops.

**If sentenced to a term of custody, what will you focus on while in custody?**

Learn to control my emotions, also potentially go to school. Don't know yet what I would do but I could find out what my strengths are. I would like to get closer to God.

**Is there anything else you would like the Judge to know about you that has not already been discussed?**

That I am really sorry for inflicting hurt on an officer of the law. That I wish for him to know that I am sorry. That I'm happy the he is walking and talking and able to be with his brothers and sisters of the force and most of all his family.

**P.O. notes:**

3